625 A.2d 641

**Christine Plant MILLARD and Kevin Millard, Appellees,**

**v.**

**Warren C. NAGLE, M.D., and Guthrie Clinic, Ltd., Appellants.**

Supreme Court of Pennsylvania.

Argued May 7, 1992.

Decided June 1, 1993.

Joseph P. Mellody, Jr., Wilkes–Barre, for appellants.

Laurence M. Kelly, Montrose, for appellants.

Before NIX, C.J., and FLAHERTY, McDERMOTT, ZAPPALA, PAPADAKOS and CAPPY, JJ.

## ORDER

PER CURIAM.

The Order of the Superior Court is affirmed. *See Gouse v. Cassel,* 532 Pa. 197, 615 A.2d 331 (1992).

LARSEN, J., did not participate in the consideration or decision of this case.

McDERMOTT, J., did not participate in the decision of this case.